UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No.: 3:22-CR-117-TAV-JEM-1 |
| WIGBERT BANDIE, | ) |
| Defendant. | ) |

## ORDER

This criminal case is before the Court on the defendant's motion for an agreed order to travel [Doc. 81], in which the defendant moves the Court for an order allowing him to travel from Mount Vernon, New York, to Chicago, Illinois, on Monday, November 4, 2024, for the purpose of completing business affairs with his banking institution, Huntington Bank, in anticipation of his upcoming sentencing hearing. Defendant states that he will remain on GPS monitoring with pre-trial release and submit to any additional requests made by his pre-trial release officer throughout the duration of the travel.

This Court has been informed by the probation office that it does not oppose defendant's request to travel, as he has been compliant with his pretrial conditions of release. Similarly, the government does not oppose defendant's request to travel.

Upon review of the motion and for good cause shown, defendant's motion for permission to travel [Doc. 81] is **GRANTED**. Accordingly, defendant has

**PERMISSION** to travel outside of the Eastern District of Tennessee in accordance with the travel plans before this Court.

IT IS SO ORDERED.

s/ Thomas A. Varlan<br>UNITED STATES DISTRICT JUDGE